UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANIEL WALKER,<br><br>   Plaintiff,<br><br>  v.<br><br>W. L. MUNIZ, et al.,<br><br>   Defendants. | Case No. 19-cv-01430-SI<br><br>**ORDER DISMISSING FEDERAL CLAIMS AND REMANDING ACTION TO STATE COURT** |

  G. Daniel Walker commenced this *pro se* prisoner's civil action by filing a complaint in San Francisco County Superior Court. Defendants then removed the action to federal court because the complaint's claims for violations of Walker's rights under the U.S. Constitution provided federal question jurisdiction.[1]

  Pursuant to 28 U.S.C. § 1915A, the court reviewed the complaint, found that it did not state a federal claim upon which relief could be granted, and dismissed it with leave to amend. Docket No. 10. The court gave extensive directions about amendments that needed to be made and set a deadline of July 15, 2019 for Walker to file an amended complaint. *Id.* at 17. The court cautioned that "[f]ailure to file the amended complaint by the deadline will result in the dismissal of the action." *Id.* Walker filed a motion to vacate the order of dismissal with leave to amend. The court denied that motion, and extended the deadline for Walker to file an

---

[1] A large type font is used in this order at Walker's request due to his vision problems. *See* Docket No. 11 at 3.

amended complaint to September 6, 2019. Docket No. 14 at 3. Walker did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, the federal claims for relief are DISMISSED for failure to state a claim upon which relief may be granted. The federal claims for relief are the claims for relief asserted under 42 U.S.C. § 1983, Title II of the Americans With Disabilities Act, 42 U.S.C. § 12131 *et seq.* ("ADA"), and § 504 of the Rehabilitation Act, as amended and codified in 29 U.S.C. § 701 *et seq.* The dismissal of the federal claims for relief is without leave to amend; further leave to amend is not granted because it would be futile as the court has explained the deficiencies in the claims and Walker was unable or unwilling to correct those deficiencies.

With the dismissal of the federal claims for relief, only state law claims remain. The court declines to exercise supplemental jurisdiction over the state law claims. *See* 28 U.S.C. § 1367(c).

The action is remanded to the San Francisco County Superior Court for such other and further proceedings as that court deems proper. The clerk shall close the file and send the necessary materials to the San Francisco County Superior Court for the remand. The clerk shall make note on those materials that this action was originally filed in San Francisco County Superior Court as Case No. CGC 17-560446.

**IT IS SO ORDERED**.

Dated: September 24, 2019

_____
SUSAN ILLSTON
United States District Judge